CHOUTEAU and KEIZER v. HOPE.

In trover, the plaintiff must show some *property* in himself, either general
or special. Where the evidence establishes that the subject matter of
the suit was *not property*, either of the plaintiffs or any one else, it is a
complete answer to the action.

Error to St. Louis Circuit Court.

GAMBLE for Plaintiff.

ALLEN for Defendant.

*Opinion of the Court, delivered by Napton, Judge.*

This was an action of trover, brought by Hope, to reco-
ver the value of a slave, alleged to have been converted by
the defendants to their use.

On the trial, evidence was given to show that the boy
named in the declaration was free : whereupon, the defend-
ants below asked the court to instruct the jury, that if they
believed from the evidence, that the boy in the declaration

mentioned was born in the state of Illinois, and raised there,
and is now of the age of eighteen or nineteen years, the
said boy is free, and the plaintiff is not entitled to recover
for him as property.

This instruction the court refused; but told the jury, that
if they should find the boy in question had always been held
as a slave, and used as such, it is sufficient evidence of his
being a slave, for the purposes of this suit, and his right to
freedom does not come in question in this action.

It was proved that plaintiffs in error had employed the
boy on their boat, as a free boy, and had discharged him as
such.

It is admitted by the counsel on both sides, that the boy
sued for, was, by the constitution of Illinois, as interpreted
by this court in former decisions, entitled to his freedom.
These admissions renders unnecessary any examination of
the sufficiency of the proof; and the only question is, whe-
ther such proof established a good defence to the action.

The principle is well settled that the plaintiff in trover In trover, the
must show some *property*, in himself, either general or spe- plaintiff must
show some
cial. The defence offered, establishes that the subject mat- *property* in
himself, either
ter of the suit was not property, either of the plaintiff or general or spe-
any one else. Such defence is a complete answer to the cial. Where
the evidence
action. establishes
that the sub-
Nor is there any thing contrary to the spirit and policy of ject matter of
our laws in allowing this defence; for the record of the the suit was
*not property,*
judgment in this suit would not be available in an action either of the
brought by the negro for his freedom. plaintiff or
any one else,
If Keiser and Chouteau had hired this negro of the plain- it is a com-
plete answer
tiffs, the question would come up in a very different shape, to the action.
in an action founded on the bailment; but in this case, there
appears to be little room for doubt, that the freedom of the
negro could be proved, like any other *fact*, which would
show property out of the plaintiff, or no property at all.

Judgment reversed, and cause remanded to the circuit
court.